NO.
12-11-00194-CR

                        

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

DAWN
RENEE DAWSON,                   §      APPEAL FROM THE 7TH

APPELLANT

 

V.                                             
§      JUDICIAL DISTRICT COURT

 

THE
STATE OF TEXAS,

APPELLEE  
                               §      SMITH COUNTY, TEXAS

                                                        
                                           

MEMORANDUM OPINION

                                                                  PER
CURIAM

            Appellant
has filed a motion to dismiss this appeal.  The motion is signed by Appellant
and her counsel.  No decision has been delivered in this appeal.  Accordingly,
Appellant’s motion to dismiss is granted, and the appeal is dismissed. 
See Tex. R. App. P. 42.2(a).

            Opinion
delivered July 20, 2011.

                Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

                                                                              

 

 

 

 

 

 

 

(DO NOT PUBLISH)